# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REACHING FOURTH<br>MINISTRIES,<br>*et al*.,<br><br>　　　　　Defendants. | Case No. 17-cv-00726-BAS-BLM<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO APPEAL**<br><br>**[ECF No. 35]** |

　　　Before the Court is a motion filed by Plaintiff for an extension of time to file a notice of appeal. (ECF No. 35.) Because Plaintiff has filed a motion for reconsideration of this Court's January 22, 2018 order dismissing the case, the clock on Plaintiff's time to appeal has been tolled. *See* FED. R. APP. P. 4(a)(4); *Blair v. Equifax Check Servs*., 181 F.3d 832, 837 (7th Cir. 1999) ("Rule 4(a)(4) . . . restates an accepted rule of practice: federal courts long have held that a motion for reconsideration tolls the time for appeal, provided that the motion is made within the time for appeal."); *see also Shapiro v. Paradise Valley Unified Sch. Dist. No. 69*, 374 F.3d 857, 863 (9th Cir. 2004). Plaintiff is advised that Federal Rule of Appellate

Procedure 4(a)(5) identifies when Plaintiff may move for an extension of time to file a notice of appeal from the point when the Court rules on his pending motion for reconsideration. *See* FED. R. APP. P. 4(a)(5)(A). Plaintiff's current request is premature. Moreover, there is no basis for the Court to conclude at this juncture that there is good cause or excusable neglect to support an extension. Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: February 16, 2018

Hon. Cynthia Bashant
United States District Judge

– 2 –

17cv726